| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| IN THE MATTER OF<br>CRAIG A. WASHINGTON | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  6:15-MC-19 |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the court referred the above-styled case to United States Magistrate Judge Zack Hawthorn for consideration and a recommended disposition.  The court has received and considered the Report and Recommendation of the magistrate judge, which recommends denying attorney Craig A. Washington's "Motion for Reconsideration of Order Enforcing Reciprocal Attorney Disciplinary Order."  Doc. No. 11.  On February 1, 2022, Washington filed timely objections to the Report and Recommendation.  Doc. No. 12.

A party who files timely, written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects.  28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2)-(3).

First, Washington continues to object to the trial court proceedings that led to one of his state bar license suspensions.  Again, and as the magistrate judge repeatedly stated, this court's

suspension was in reciprocity with the suspension by the United States Court of Appeals for the Fifth Circuit.  The state court revocation proceedings have no practical relevance to the analysis required under Local Rule AT-2(b)(2)(D) to avoid a reciprocal suspension.  Second, Washington objects to the magistrate judge's reliance on Chief Judge Owen's "misplaced and false assertion" that Washington has been subject to two more disciplinary proceedings in Texas after the 2015 suspension.  In support, Washington attached correspondence he sent to the General Counsel of the State Bar of Texas.  The attached letter, however, states "[p]lease send me a copy of all grievance committee receipts of complaints, files made and grievances made against me *on and after January 8, 2021*."  The website maintained by the State Bar of Texas reflects Washington was placed on an active suspension in 2017 and a partially probated suspension in 2019.[1]  Any disciplinary activity (or lack thereof) occurring on or after January 8, 2021, is inconsequential.

The court has conducted a *de novo* review of the magistrate judge's Report and Recommendation and has carefully considered Washington's objections.  The court finds that the magistrate judge's findings of fact and conclusions of law are correct, and that Washington's objections are without merit.

It is, therefore, **ORDERED** that the magistrate judge's Report and Recommendation (Doc. No. 11) is **ADOPTED**. Washington's objections are **OVERRULED,** and his "Motion for

---

[1] https://www.texasbar.com/AM/Template.cfm?Section=Find_A_Lawyer&template=/CustomSource/MemberDirectory/MemberDirectoryDetail.cfm&ContactID=191135 (Last visited February 7, 2022).

Reconsideration of Order Enforcing Reciprocal Attorney Disciplinary Order" (Doc. No. 4) is **DENIED**. The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 10th day of February, 2022.

                                    MARCIA A. CRONE
                             UNITED STATES DISTRICT JUDGE